# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Arhaus, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> Restoration Hardware, Inc. d/b/a RH, <br><br> Defendant. | CASE NO. 5:24-CV-01028-BYP-CEH <br><br> JUDGE PEARSON <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 41(a)(1)(A)(i), Plaintiff, Arhaus, LLC ("Arhaus") hereby dismisses the above-captioned action with prejudice. The parties are to bear their own attorneys' fees and costs.

Dated: October 9, 2024                              Respectfully submitted,

/s/ Christina J. Moser
Christina J. Moser (0074817)
Baker & Hostetler LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Telephone: 216.621.0200
Facsimile: 216.696.0740
Attorney for Arhaus, LLC

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 9, 2024, I served the foregoing by emailing it to counsel for Defendant pursuant to agreement of the parties as follows:

Michael McCue
Lewis Roca
mmccue@lewisroca.com

*/s/Christina J. Moser*

Christina J. Moser