Approved.
/s/ *Benita Y. Pearson* on 10/11/2024
United States District Judge

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| Arhaus, LLC, | CASE NO. 5:24-CV-01028-BYP-CEH |
| Plaintiff, | JUDGE PEARSON |
| vs. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Restoration Hardware, Inc. d/b/a RH, | |
| Defendant. | |

Pursuant to FRCP 41(a)(1)(A)(i), Plaintiff, Arhaus, LLC ("Arhaus") hereby dismisses the above-captioned action with prejudice. The parties are to bear their own attorneys' fees and costs.

Dated: October 9, 2024

Respectfully submitted,

/s/ Christina J. Moser
Christina J. Moser (0074817)
Baker & Hostetler LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Telephone: 216.621.0200
Facsimile: 216.696.0740
Attorney for Arhaus, LLC